Lynch PHILLIPS and Southeastern Fire Insurance Company.

No. 49115.

March 26, 1968.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

208 So.2d 317

Edgar W. BOOTH et ux.

v.

FIREMAN'S FUND INSURANCE CO.

No. 49148.

March 26, 1968.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

208 So.2d 317

Elin PITRE, Sheriff of Evangeline Parish, and Oscar Sylvester, Jr.

v.

John B. TALLEY, J. B. Talley Company, Inc., and the Employers Liability Assurance Corporation, Ltd.

No. 49114.

March 26, 1968.

Writ refused. There is no error in the judgment complained of.